ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2015 MAR 26  PM 3:44

DEPUTY CLERK____NT____

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL NO. |
| LARRY GALLEGOS | 3-15CR0119-M |

INFORMATION

The United States Attorney Charges:

Count One
Accessory After the Fact to Removing Goods from a Bonded Warehouse
(Violation of 18 U.S.C. § 3 (18 U.S.C. § 548))

From in or about July 2013 through in or about November 2013, in the Dallas Division of the Northern District of Texas, the defendant, **Larry Gallegos**, knowing that an offense against the United States had been committed, to wit, the removal of goods from a bonded warehouse, in violation of 18 U.S.C. § 548, did receive, relieve, comfort, and assist the offender, F.D., in order to hinder and prevent the offender's apprehension, trial, and punishment.

In violation of 18 U.S.C. § 3 (18 U.S.C. § 548).

Information – Page 1

Respectfully submitted,

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY
NORTHERN DISTRICT OF TEXAS

/s/ Nicole Dana
NICOLE DANA
Special Assistant United States Attorney
Texas Bar No. 24062268
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: (214) 659-8694
Facsimile: (214) 659-8805
Email: nicole.dana@usdoj.gov